IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| J. NEIL DeMASTERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:12-cv-580 |
| CARILION CLINIC, | ) |
| CARILION MEDICAL CENTER, | ) |
| and | ) |
| CARILION BEHAVIORAL HEALTH, INC., | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendants, by counsel, will take the deposition, upon oral examination before a court reporter and notary public, or before some other official authorized by law to administer oaths, of J. Neil DeMasters, at the law offices of Terry N. Grimes Esq., P.C., 320 Elm Avenue, SW, Roanoke, Virginia 24016-4001, on June 28, 2016, beginning at 9:00 a.m. and continuing from time to time until completed.

Respectfully Submitted

CARILION CLINIC
CARILION MEDICAL CENTER
CARILION BEHAVIORAL HEALTH, INC.

By: _____
Virginia State Bar No. 30225

Agnis C. Chakravorty, Esq. (VSB #30225)
WOODS ROGERS PLC
Wells Fargo Tower
10 South Jefferson Street

P.O. Box 14125
Roanoke, Va 24038-4125
(540) 983-7600
(540) 983-7711 (fax)

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following who is counsel for the Plaintiff:

>Terry N. Grimes, Esq.
>Brittany M. Haddox, Esq.
>TERRY N. GRIMES, ESQ., P.C.
>Franklin Commons
>320 Elm Avenue, SW
>Roanoke, Virginia 24016-4000

_____

2